**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO KING, | NO. CV 11-02472 JFW (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SCOTT McEWEN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Denying "Petition For Stay In Abeyance, Etc.," filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 4/7/11

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE